ANNA F. MOORE, administratrix, vs. EVA W. TYLER &
another.

Middlesex. October 4, 1932. — October 5, 1932.

Present: RUGG, C.J., CROSBY, WAIT, DONAHUE, & LUMMUS, JJ.

*Probate Court*, Appeal, Accounts. *Executor and Administrator. Evidence*, Presumptions and burden of proof.

No question of law was presented upon an appeal from a decree of a probate court disallowing in the account of an administrator items for his services and for payments made by him to his counsel, where there was no report of evidence heard by the judge and no record of a finding of fact by him.

PETITION, filed in the Probate Court for the county of Middlesex on January 11, 1932, for allowance of the first and final account of the administratrix of the estate of John A. Tyler, late of Medford.

The petition was heard by *Leggat*, J. A final decree entered by order of the judge and the record on appeal by the petitioner are described in the opinion.

*W. B. Grant*, for the petitioner, submitted a brief.

*B. W. Reed*, for the respondents.

BY THE COURT. This is an appeal from a final decree allowing with modifications the first and final account of an administratrix. The decree contained proper recitals as to verification by oath, notice, objections and hearing. The accountant now contests only the disallowance of a charge for her services as administratrix and of a charge for payment to her counsel. No evidence is reported. There is in the record no finding of fact by the judge of probate. Therefore, it must be presumed that he acted upon sufficient evidence. He may have found that the items disallowed had not been paid or were of no value to the estate or for some other reason ought not to reduce the amount available for distribution. No error is shown. *Jordan* v. *Ulmer*, 237 Mass. 577. *Goss* v. *Donnell*, 263 Mass. 521, 523.

*Decree affirmed.*